FILED
CLERK, U.S. DISTRICT COURT

JAN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HIRSCHER,<br><br>               Petitioner,<br><br>   vs.<br><br>BEN CURRY, WARDEN,<br><br>               Respondent. | CASE NO. CV 06-07400 AHM (RZ)<br><br>JUDGMENT |

       This matter came before the Court on the Petition of NORMAN HIRSCHER for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

       IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 2, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE